# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| KELLY PINN, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No.: 4:23-cv-01138-P |
| v. | |
| LUMIO HX, INC. d/b/a LUMIO, | |
| Defendant. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Russell J. Burke, Esq. of the law firm BALLARD SPAHR LLP, hereby enters his appearance as counsel for Defendant Lumio HX, Inc. d/b/a Lumio ("Lumio") in these proceedings. All parties are requested to take notice of the appearance of undersigned counsel and to serve all copies of motions, orders, pleadings, papers, reports, and/or documents of any kind or nature upon the undersigned counsel.

Dated: December 4, 2023

Respectfully submitted,

*/s/ Russell J. Burke*
Russell J. Burke, Esquire
Texas Bar No. **24129387**
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
Telephone: (702) 387-3086
Facsimile: (702) 471-7070
burker@ballardspahr.com

DMFIRM #410089485 v2

Jenny N. Perkins, Esquire
*(application for admission forthcoming)*
John C. Grugan, Esquire
*(application for admission forthcoming)*
Colin P. Kane, Esquire
*(application for admission forthcoming)*
BALLARD SPAHR LLP
1735 Market Street, 51st FL
Philadelphia, PA 19103
Telephone: (215) 864-8378
Facsimile: (215) 864-8999
perkinsj@ballardspahr.com
gruganJ@ballardspahr.com
kanec@ballardspahr.com

*Attorneys for Defendant Lumio HX, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 4, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system upon all counsel of record:

Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mt. Carmel Ave
Glenside, PA 19038
Tele: (215) 225-5529
Fax: (888) 329-0305
Email: a@perronglaw.com

Anthony Paronich, Esq.
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tele: (617) 485-0018
Fax: (508) 318-8100
Email: anthony@paronichlaw.com

Katherine Hendler Fayne, Esq.
KATHERINE FAYE LAW PLLC
6301 Gaston Avenue, Suite 1128
Dallas, TX 75214
Tele: (214) 770-1322
Email: katherine@katherinefaynelaw.com

*Attorneys for Plaintiff*
*Kelly Pinn*

/s/ Russell J. Burke
Russell J. Burke, Esquire

DMFIRM #410089485 v2