# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

KELLY PINN, individually and on behalf of all others similarly situated,

Plaintiff

v.

LUMIO HX, INC. d/b/a LUMIO,

Defendant

4:23-cv-01138-P

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Defendant LUMIO HX, INC.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Lumio Holdings, Inc. is the parent corporation of Lumio HX, Inc.  No publicly held corporation owns 10% or more of their stock.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Plaintiff: Kelly Pinn, Counsel for Plaintiff: Andrew Perrong, Esq., Perrong Law LLC, Anthony Paronich, Esq., Paronich Law, P.C., Katherine Hendler Fayne, Esq., Katherine Faye Law PLLC

Defendant: Lumio HX, Inc. ("Lumio"), Counsel for Lumio: Russell J. Burke, Esq., John C. Grugan, Esq., Jenny N. Perkins, Esq., and Colin P. Kane, Esq., Ballard Spahr LLP; Lumio Holdings, Inc. (parent corporation of Lumio).

| | |
|---|---|
| Date: | December 4, 2023 |
| Signature: | */s/ Russell J. Burke* |
| Print Name: | Russell J. Burke |
| Bar Number: | 24129387 |
| Address: | 1980 Festival Plaza Drive, Suite 900 |
| City, State, Zip: | Las Vegas, NV 89135 |
| Telephone: | (702) 387-3086 |
| Fax: | (702) 471-7070 |
| E-Mail: | burker@ballardspahr.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.