IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KELLY PINN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>LUMIO HX, INC. d/b/a LUMIO,<br><br>　　　　　　　Defendant. | Case No.: 4:23-cv-01138-P |

## UNOPPOSED MOTION TO EXTEND RESPONSE DEADLINE

Pursuant to FED. R. CIV. P. 6, Defendant Lumio HX, Inc., d/b/a Lumio ("Lumio") files this motion to extend its deadline to file its first responsive paper. Counsel for Lumio has conferred with counsel for Plaintiff Kelly Pinn ("Plaintiff"), who agrees to a thirty-day (30) extension and does not oppose this motion. Accordingly, Lumio respectfully asks the Court to extend its deadline to file a responsive paper from December 5, 2023, to January 4, 2024. No other deadlines will be affected by this motion, as no scheduling order is in place yet.

Good cause exists for this agreed motion because counsel for Lumio was recently retained to prepare a responsive paper to this putative class action complaint. Counsel for Lumio is diligently analyzing the complaint and requests a modest thirty (30) days to finalize its analysis and preparation of the responsive papers. This motion is not brought for purposes of delay. Additionally, counsel for Plaintiff does not oppose this motion.

For these reasons and for good cause shown, Lumio respectfully requests that this Court grant Lumio a thirty-day (30) extension to file a responsive paper to the complaint, *i.e.,* until January 4, 2024.

Dated: December 4, 2023                             Respectfully submitted,

*/s/ Russell J. Burke*
Russell J. Burke, Esquire
Jenny N. Perkins, Esquire
Texas Bar No. **24129387**
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
Telephone: (702) 387-3086
Facsimile: (702) 471-7070
burker@ballardspahr.com

Jenny N. Perkins, Esquire
*(application for admission forthcoming)*
John C. Grugan, Esquire
*(application for admission forthcoming)*
Colin P. Kane, Esquire
*(application for admission forthcoming)*
BALLARD SPAHR LLP
1735 Market Street, 51st FL
Philadelphia, PA 19103
Telephone: (215) 864-8378
Facsimile: (215) 864-8999
perkinsj@ballardspahr.com
gruganJ@ballardspahr.com
kanec@ballardspahr.com

*Attorneys for Defendant Lumio HX, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 4, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system upon all counsel of record:

Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mt. Carmel Ave
Glenside, PA 19038
Tele: (215) 225-5529
Fax: (888) 329-0305
Email: a@perronglaw.com

Anthony Paronich, Esq.
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tele: (617) 485-0018
Fax: (508) 318-8100
Email: anthony@paronichlaw.com

Katherine Hendler Fayne, Esq.
KATHERINE FAYE LAW PLLC
6301 Gaston Avenue, Suite 1128
Dallas, TX 75214
Tele: (214) 770-1322
Email: katherine@katherinefaynelaw.com

*Attorneys for Plaintiff*
*Kelly Pinn*

/s/ Russell J. Burke
Russell J. Burke, Esquire

DMFIRM #410043678 v2

## CERTIFICATE OF CONFERENCE

I HEREBY CERTIFY that on November 29, 2023, counsel for Defendant conferred with Plaintiff's counsel of record via email about the requested extension. Mr. Paronich indicated that he agrees to a thirty (30) day extension, he does not oppose this motion, and agrees to this motion being filed as an unopposed motion.

                                                     */s/ Russell J. Burke*  
                                                     Russell J. Burke, Esquire