UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KELLY PINN**,

   Plaintiff,

v.                                     **No. 4:23-cv-01138-P**

**LUMIO HX, INC.**,

   Defendant.

## ORDER

Local Rule 83.10 requires the appearance of local counsel where a party's counsel of record doesn't live in this District or maintain their principal office here. *See* N.D. TEX. L. R. 83.10(a). "Local counsel" means a member of the bar of this Court who resides or maintains their principal office in this District and whose residence or principal office is within fifty miles of the Fort Worth courthouse. *Id.*; *see also United States v. Thomas*, No. 4:13-cv-688-A, 2013 WL 11332537, at *1–2 (N.D. Tex. Sept. 5, 2013) (McBryde, J.) (holding Local Rule 83.10(a) required Austin-based attorney to designate local counsel).

The record indicates Defendant hasn't complied with Local Rule 83.10(a), as Defendant's counsel is in Las Vegas. Accordingly, no later than **December 22, 2023**, Defendant is **ORDERED** to file an appearance of local counsel in compliance with Local Rule 83.10(a). Noncompliance may result in the imposition of sanctions.

**SO ORDERED** on this **12th day** of **December 2023.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE