# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

KELLY PINN,
Plaintiff

v.

LUMIO HX, INC.,
Defendant

4:23-cv-01138-P
Civil Action No.

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Defendant Lumio HX, Inc., d/b/a/ Lumio ,

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Defendant Lumio HX, Inc. identifies that its parent corporation is Lumio Holdings, Inc., which is incorporated in Delaware. No publicly held corporation owns 10% or more of Defendant Lumio HX, Inc.'s stock.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Kelly Pinn, Plaintiff; Anthony Paronich, counsel for Plaintiff; Paronich Law, P.C., law firm; Katherine Hendler Fayne, counsel for Plaintiff; Katherine Fayne Law LPPC, law firm; Andrew Roman Perrong, counsel for Plaintiff; Perrong Law LLC, law firm; Lumio HX, Inc, Defendant; John C. Grugan, counsel for Defendant; Jenny N. Perkins, counsel for Defendant; Russell J. Burke, counsel for Defendant; Colin P. Kane, counsel for Defendant; Ballard Spahr LLP, law firm

| | |
|---|---|
| Date: | January 4, 2024 |
| Signature: | /s/ Russell J. Burke |
| Print Name: | Russell J. Burke |
| Bar Number: | 24129387 (TX) |
| Address: | 1980 Festival Plaza Dr., Ste. 900 |
| City, State, Zip: | Las Vegas, Nevada, 89135 |
| Telephone: | 702-387-3086 |
| Fax: | 702-410-7410 |
| E-Mail: | burker@ballardspahr.com |

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.