# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| KELLY PINN, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No.: 4:23-cv-01138-P |
| v. | |
| LUMIO HX, INC. d/b/a LUMIO, | |
| Defendant. | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Jenny N. Perkins, Esq. of the law firm BALLARD SPAHR LLP, hereby enters her appearance as counsel for Defendant Lumio HX, Inc. d/b/a Lumio ("Lumio") in these proceedings. All parties are requested to take notice of the appearance of undersigned counsel and to serve all copies of motions, orders, pleadings, papers, reports, and/or documents of any kind or nature upon the undersigned counsel.

Dated: February 13, 2024

Respectfully submitted,

/s/ Jenny N. Perkins
Jenny N. Perkins, Esquire
Bar No. 306498PA
BALLARD SPAHR LLP
1735 Market Street, 51st FL
Philadelphia, PA 19103
Telephone: (215) 864-8378
Facsimile: (215) 864-8999
Email: perkinsj@ballardspahr.com

*Attorneys for Defendant Lumio HX, Inc. d/b/a Lumio*

DMFIRM #411246264 v2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 13, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system upon all counsel of record:

*/s/ Jenny N. Perkins*
Jenny N. Perkins, Esquire