## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

KELLY PINN, individually and on behalf of all
others similarly situated,

                Plaintiff,

      v.

LUMIO HX, INC. d/b/a LUMIO,

             Defendant.

Case No.: 4:23-cv-01138-P

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Colin P. Kane, Esq. of the law firm BALLARD SPAHR

LLP, hereby enters his appearance as counsel for Defendant Lumio HX, Inc. d/b/a Lumio

("Lumio") in these proceedings.  All parties are requested to take notice of the appearance of

undersigned counsel and to serve all copies of motions, orders, pleadings, papers, reports, and/or

documents of any kind or nature upon the undersigned counsel.

Dated: February 13, 2024           Respectfully submitted,

                            */s/ Colin P. Kane*
                            Colin P. Kane, Esquire
                            Bar. No. 329501PA
                            BALLARD SPAHR LLP
                            1735 Market Street, 51st FL
                            Philadelphia, PA 19103
                            Telephone: (215) 864-8406
                            Facsimile: (215) 864-8999
                            kanec@ballardspahr.com

                            *Attorneys for Defendant Lumio HX, Inc. d/b/a Lumio*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 13, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system upon all counsel of record:

/s/ Colin P. Kane
Colin P. Kane, Esquire