# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# (FORT WORTH DIVISION)

| | |
|---|---|
| KELLY PINN, *individually and on behalf of all others similarly situated,*<br><br>　　　　　Plaintiff,<br>v.<br><br>LUMIO HX, INC,<br><br>　　　　　Defendant. | Civil Action No. 4:23-cv-01138-P<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

**PLEASE TAKE NOTICE** that John C. Grugan, Esq. of the law firm Holland & Knight LLP, hereby enters his appearance as counsel for Defendant Lumio HX, Inc. d/b/a Lumio ("Lumio") in these proceedings. All parties are requested to take notice of the appearance of undersigned counsel and to serve all copies of motions, orders, pleadings, papers, reports, and/or documents of any kind or nature upon the undersigned counsel.

Dated: July 30, 2024

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　*/s/ John C. Grugan*
　　　　　　　　　　　　　　　　　　　John C. Grugan, Esq.
　　　　　　　　　　　　　　　　　　　Holland & Knight LLP
　　　　　　　　　　　　　　　　　　　1650 Market Street, Suite 3300
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　Ph: (215) 252-9600
　　　　　　　　　　　　　　　　　　　Fax: (215) 867.6070
　　　　　　　　　　　　　　　　　　　Email: john.grugan@hklaw.com

　　　　　　　　　　　　　　　　　　　*Attorney for Defendant Lumio HX, Inc.*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on July 30, 2024, a copy of the foregoing Notice of Appearance was filed electronically with the Clerk of Court using the CM/ECF system upon all record of counsel.

                                            */s/ John C. Grugan*
                                            John C. Grugan, Esq.