UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KELLY PINN,**

   Plaintiff,

v.                                 **No. 4:23-cv-01138-P**

**LUMIO HX, INC.,**

   Defendant.

## ORDER

By Order dated December 12, 2023, the Court directed Defendant to file an entry of appearance for local counsel in compliance with Local Rule 83.10. *See* ECF No. 12. Defendant responded that, because lawyer Russell J. Burke "both resides in and maintains a principal office in Denton County, . . . local counsel is not required." ECF No. 13. That would be right if it weren't wrong. Rather, Denton County is in the Eastern District of Texas, not the Northern. Accordingly, the Court **ORDERS** Defendant to file an entry of appearance for local counsel in compliance with Local Rule 83.10 **on or before August 7, 2024**.

**SO ORDERED** on this **1st day** of **August 2024.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE