## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## (FORT WORTH DIVISION)

| | |
|---|---|
| KELLY PINN, *individually and on behalf of all others similarly situated,*<br><br>　　　　　Plaintiff,<br>v.<br><br>LUMIO HX, INC,<br><br>　　　　　Defendant. | Civil Action No. 4:23-cv-01138-P<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

**PLEASE TAKE NOTICE** that Morgan J. Delabar, Esq. of the law firm Holland & Knight LLP, hereby enters her appearance as counsel for Defendant Lumio HX, Inc. d/b/a Lumio ("Lumio") in these proceedings. All parties are requested to take notice of the appearance of undersigned counsel and to serve all copies of motions, orders, pleadings, papers, reports, and/or documents of any kind or nature upon the undersigned counsel.

Dated: August 6, 2024

Respectfully Submitted,

*/s/ Morgan J. Delabar*
Morgan J. Delabar (Bar No. 24116625)
Holland & Knight LLP
One Arts Plaza, 1722 Routh Street
Dallas, Texas 75201
Ph: (214) 969.1700
Fax: (215) 964.9501
Email: morgan.delabar@hklaw.com

John C. Grugan, Esq. (Bar No. 83148PA)
Holland & Knight LLP
1650 Market Street, Suite 3300
Philadelphia, PA 19103
Ph: (215) 252-9600
Fax: (215) 867.6070
Email: john.grugan@hklaw.com

*Attorneys for Defendant Lumio HX, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 6, 2024, a copy of the foregoing Notice of Appearance was filed electronically with the Clerk of Court using the CM/ECF system upon all record of counsel.

>                           */s/ Morgan J. Delabar*
>                           Morgan J. Delabar (Bar No. 24116625)

#506742064_v1