## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| KELLY PINN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>LUMIO HX, INC. d/b/a LUMIO<br><br>Defendants. | Case No. 4:23-cv-01138 |

## JOINT NOTICE OF SETTLEMENT AND
## STIPULATION FOR DISMISSAL WITH PREJUDICE

Defendant Lumio HX, Inc. ("Defendant") together with Plaintiff Kelly Pinn ("Plaintiff") (collectively the "Parties"), by and through undersigned counsel hereby notify the Court that they have executed a settlement agreement and file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

RESPECTFULLY SUBMITTED AND DATED this August 6, 2024.

/s/ *Andrew R. Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mt. Carmel Ave
Glenside, PA 19038
Ph : 215-225-5529
Fax: 888-329-0305
Email: a@perronglaw.com

Anthony I Paronich, Esq.
Paronich Law PC
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Ph : 617-485-0018
Fax: 508-318-8100
Email: anthony@paronichlaw.com

/s/ *John C. Grugan*
John C. Grugan, Esq.
Holland & Knight LLP
1650 Market Street, Suite 3300
Philadelphia, PA 19103
Ph: (215) 252-9600
Fax: (215) 867.6070
Email: john.grugan@hklaw.com

Morgan J. Delabar, Esq.
Holland & Knight LLP
One Arts Plaza, 1722 Routh Street
Dallas, Texas 75201
Ph: (214) 969.1700
Fax: (215) 964.9501
Email: morgan.delabar@hklaw.com

| | |
|---|---|
| Katherine Hendler Fayne, Esq.<br>Katherine Fayne Law PLLC<br>3400 Oak Grove Avenue, Suite 214<br>Dallas, TX 75204<br>Ph : 214-770-1322<br>Email: katherine@katherinefaynelaw.com<br><br>*Attorneys for Plaintiff Kelly Pinn* | *Attorneys for Defendant Lumio HX, Inc.* |